# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**

v.    Case: 3:01M080TPS

**Ms. Jessica J. Parrell**
**31 River Road**
**Lisbon, CT  06351**

## MOTION TO DISMISS

The United States Attorney, through the Special Assistant United States Attorney, respectfully requests that the complaint in the above titled matter be dismissed.

_____
William C. Kuebler, CT 25092
Special Assistant U.S. Attorney
District of Connecticut

SO ORDERED:


The Honorable Thomas P. Smith
U.S. Magistrate Judge


Hartford, Connecticut


Dated: _____